**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 12-6821

—————

SAMUEL BURT,

                Plaintiff - Appellant,

       v.

JON OZMINT, Director; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS; W. EAGLETON; S. SKIPPER; J. SLIGH; J. BETHEA;
W. MCCRAE; MR. JACOBS; S. GOLDBERG; M. C. LINDSEY; C.
FLORIAN; MS. HOOKS,

                Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Solomon Blatt, Jr., Senior
District Judge.  (3:11-cv-00247-SB)

—————

Submitted:  September 27, 2012     Decided:  October 1, 2012

—————

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Samuel Burt, Appellant Pro Se.  Samuel F. Arthur, III, AIKEN,
BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina,
for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Burt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burt v. Ozmint, No. 3:11-cv-00247-SB (D.S.C. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2